STEPHEN A. WALKER, Respondent, *v.* THE AMERICAN NATIONAL BANK, Appellant.

If attorneys transact business as brokers, they are entitled to compensation as such, but cannot charge a counsel fee for conversations with their employers about the business, unless by express contract.

(Argued April 4, 1872; decided April 9, 1872.)

This was an action upon an account for legal services assigned to plaintiff by Strong & Shepard, attorneys. A portion of the account was for services of plaintiff's assignors in negotiating the sale of certain mortgages belonging to the defendant under an agreement that defendant should allow as compensation all received over forty per cent of amount of mortgages. Failing to effect a sale, the bank employed the assignors to negotiate a loan upon the security of the mortgages, with the promise that if the assignors succeeded they were to be compensated for their services in attempting to sell. The assignors succeeded in negotiating a loan, but defendant refused to consummate the transaction. There was also a charge in the bill of $3,000 for counsel fees in divers consultations in reference to the sale and the loan. The whole account was allowed by the referee.

*Held*, that the employment of Strong & Shepard in negotiating the sale and loan was as brokers, and the referee was not authorized to find an employment as counsel; that the assignors were not entitled to compensation both as brokers for doing the business and as counsel for conversations had in reference to it.

*Moody B. Smith* for the appellant.

*T. R. Strong* for the respondent.

GROVER, J., reads for reversal and new trial. All concur.

Judgment reversed and new trial ordered, costs to abide event